### GEORGE J. HAGAN CO. v. UNITED STATES.
No. 42438.

Court of Claims.
May 29, 1939.

624

Francis R. Lash, of Washington, D. C., for plaintiff.

J. W. Hussey, of Washington, D. C., and James W. Morris, Asst. Atty. Gen. (Robert N. Anderson and Fred K. Dyar, both of Washington, D. C., on the brief), for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

It is clear from the findings of fact that plaintiff is not entitled to recover in this case and it is therefore ordered that its petition be dismissed.